## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CRIMINAL COMPLAINT** |
| v. | : Honorable Joseph A. Dickson |
| AHMED A-HADY | : Mag. No. 19- 6944 |

I, Luciano John Dimino III, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Luciano John Dimino III, Special Agent
Federal Bureau of Investigation

Special Agent Luciano John Dimino III attested to this Affidavit by telephone pursuant to FRCP 4.1(b)(2)(A).

December 14th, 2019, District of New Jersey

Honorable Joseph A. Dickson
United States Magistrate Judge

Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about December 13, 2019, in Monmouth County, in the District of New Jersey and elsewhere, the defendant,

**AHMED A-HADY**,

knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, namely a Smith and Wesson .44 caliber handgun, bearing serial number CEV4085.

In violation of Title 18, United States Code, Section 922(g)(1).

## ATTACHMENT B

I, Luciano John Dimino III, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. On Tuesday, December 10, 2019, at approximately 12:15 p.m. in the area of Bay View Cemetery (the "cemetery") in Jersey City, a Jersey City Police Detective (the "Detective") was shot and killed during an encounter. Surveillance video revealed a U-Haul Van in the area of the cemetery at the time of this incident.

2. After the shooting of the Detective, a U-Haul Van ("Van"), visually similar to the one seen at the cemetery, arrived in the area of 223 Martin Luther King Drive, Jersey City, New Jersey. Two individuals, a male ("Individual-1") and a female ("Individual-2"), exited the Van carrying firearms and opened fire in the direction of 223 Martin Luther King Drive before entering 223 Martin Luther King Drive, the location of the Jersey City Kosher Supermarket ("Supermarket"). Once inside the Supermarket, Individuals 1 and 2 continued to discharge their firearms, killing three innocent civilians inside the store.

3. Shortly thereafter, law enforcement officers approached the exterior of the Supermarket and exchanged fire with Individuals 1 and 2 who remained inside the Supermarket. Once the gun battle ended, law enforcement officers entered the Supermarket. There, the officers located five deceased individuals, which included Individuals 1 and 2 as well as three innocent civilians. In addition, officers recovered firearms possessed by Individuals 1 and 2, including an AR-15-style assault rifle.

4. In addition, law enforcement recovered from Individual-1's right rear pants pocket, a hand-written note that contained a telephone number ending in 4115, and a Keyport, New Jersey address.

5. Based on their subsequent investigation, law enforcement determined that the phone number ending in 4115 contained on the note belongs to defendant AHMED A-HADY ("A-HADY"). Law enforcement also determined that the Keyport address listed on the note is a storefront for a pawn shop ("Company A").

6. Law enforcement obtained records of A-HADY's history of firearm purchases. Those records indicate that on or about May 23, 2007, A-HADY purchased a Smith and Wesson .45 caliber handgun bearing serial number NHN5284 (the ".45 caliber"). Records also indicate that on or about June 2, 2007, HADY purchased a Smith and Wesson .44 caliber handgun bearing serial number CEV4085 (the ".44 caliber").

7. Subsequent to purchasing the firearms A-HADY was convicted on April 2, 2012, in Monmouth County Superior Court of attempting to obtaining a controlled dangerous substance or analog by fraud, a crime punishable by more than one year in prison.

8. On the evening of December 13, 2019, law enforcement officers traveled to Company A. While at the location, law enforcement officers interviewed A-HADY and two of A-HADY's relatives.

9. During the course of A-HADY's interview, law enforcement officers asked A-HADY about Company A's business affairs. Law enforcement then asked HADY whether he still owned the .44 and .45 caliber handguns referenced in paragraph 6, above. In response, A-HADY stated, "I have my license, they're not here." A-HADY then stated that in his line of business you should have some form of protection. A-HADY then stated that he might have to use the firearms. As a convicted felon, A-HADY cannot have a valid license to possess a firearm.

10. After A-HADY was interviewed, one of his relatives ("Relative-1") made additional statements to law enforcement. Specifically, Relative-1 stated that there was a safe located inside Company A. Relative-1 further stated that the safe contained A-HADY's firearms. Relative-1 subsequently consented to a search of the safe located inside Company A. Inside the safe, law enforcement recovered three firearms ("Firearms 1-3"): (i) a PK 380; (ii) a Ruger 9mm bearing serial number 33389546; and (iii) the Smith and Wesson .44 caliber handgun bearing serial number CEV4085 referenced in paragraph 6, above.

11. Law enforcement then lawfully searched both Company A and A-HADY's private residence. During the course of those searches, law enforcement recovered six rifles (including three AR-15-style assault rifles), three handguns, and one shotgun from inside Company A. In addition, law enforcement recovered over 400 rounds of ammunition from Company A and A-HADY's residence, including a large number of hollow point bullets.